UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATASHA HILL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVIAN AUTOMOTIVE, LLC,<br><br>    Defendant, | )<br>)<br>)  Case: 1:23-cv-01396-JBM-JEH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Natasha Hill, and Defendant, Rivian Automotive, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or her own attorney's fees, costs and expenses.

Dated this 2nd day of April, 2024.

AGREED TO BY:

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.
Alexander J. Taylor, Esq.
**Sulaiman Law Group, Ltd.**
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 ext. 113
nvolheim@sulaimanlaw.com
ataylor@sulaimanlaw.com

*Counsels for Plaintiff*

/s/ *Michael J. Cederoth*
Michael J. Cederoth Esq.
**Seyfarth Shaw LLP**
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Phone (312) 460-5944
mcederoth@seyfarth.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2024, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq.